**Bruce David HARRIGAN,**
**Plaintiff–Appellant,**

v.

**LENNAR CORPORATION,**
**Defendant–Appellee.**

No. 10–55024.

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2011.*

Filed March 28, 2011.

Bruce David Harrigan, Huntington Beach, CA, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Cindi Pusateri, Esquire, Meyer White LLC, Los Angeles, CA, William Robinson Stukenberg, Meyer Firm LLP, Houston, TX, for Defendant–Appellee.

Before: FARRIS, O'SCANNLAIN, and BYBEE, Circuit Judges.

MEMORANDUM **

Bruce David Harrigan appeals pro se from the district court's order dismissing his diversity action alleging state law claims against his former employer. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Knievel v. ESPN*, 393 F.3d 1068, 1072 (9th Cir.2005). We affirm.

The district court properly dismissed Harrigan's claims concerning nonpayment of bonuses because he failed to allege facts suggesting that defendant was contractually bound to pay him. *See First Comm. Mort. Co. v. Reece*, 89 Cal.App.4th 731, 108 Cal.Rptr.2d 23, 33 (2001) (the first element to a breach of contract claim is the existence of valid contract); *see also Rennick v. O.P.T.I.O.N. Care*, 77 F.3d 309, 316 (9th Cir.1996) (there is no contract where a party explicitly chooses not to bind itself).

The district court properly dismissed Harrigan's claim concerning attorney's fees because he failed to allege facts suggesting that the defendant was obligated to reimburse him for such fees. *See* Cal.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Civ.Proc.Code § 1021 (each party is to bear his own attorney's fees unless a statute or the agreement of the parties provides otherwise).

Harrigan's remaining contentions are unpersuasive.

Appellee's pending motion is denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.